## IN THE UNITED STATES DISTRICT  COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

DEBORAH MONTGOMERY          :
    AND          :
MATTHEW MONTGOMERY          :
       (H/W)          :  Civil Action
      Plaintiffs,          :
VS.          :  Case No .
               :
WALT DISNEY PARKS          :
AND RESORTS, U.S., INC          :
    Defendant          :

## PLAINTIFF'S COMPLAINT AND JURY DEMAND

Plaintiffs Deborah and Matthew Montgomery by and through their undersigned counsel, Alan R. Zibelman Esquire herein filed their Complaint agasint the Defendant seeking damages in excess of Seventy Five Thousand ($75,000) Dollars and  allege as follows**:**

## NATURE OF THE ACTION

**1.**  Plaintiff Deborah Montgomery  is a disabled person who was a visitor along with her family at Disney's Magic Kingdom and was  operating an Electric Conveyance Vehicle (ECV) hereinafter " scooter" which he rented from an onsite affiliate vendor.  As Plaintiff approached the embarkment platform to the Under the Sea - Little Mermaid ride her left foot became lodged in a six inch crevice of the cave wall which was created by excessive running and cross slopes by more than four to seven times applicable codes.  As a result, plaintiff suffered a fractured left fibia and was non-weightbearing and confined to the first floor of her home for more than a year.

**PARTIES**

2.  Plaintiffs, Deborah Montgomery and Matthew Montgomery are adult married individuals and residents of Montgomery County, Pennsylvania

3.   Defendant, Walt Disney Parks and Resort U.S., Inc. is a Florida Corporation, and may be served by the Sheriff of Orange County, Florida, by serving its registered agent Corporation Service Company, at 1201 Hays Street , Tallahassee, FL. 32301.

**JURISDICTION**

4.  This court has subject matter jurisdiction pursuant to 28 U.S.C. 1332 because there is complete diversity of citizenship between each plaintiff and the defendant, and the amount in controversy exceeds $75,000.  Diversity of citizenship exists because plaintiffs are citizens of Pennsylvania and defendant is a citizen of Florida

5.  Personal Jurisdiction over Defendant is proper because defendant's continuous and systematic corporate operations within the Commonwealth of Pennsylvania are so substantial and of such a nature as to exercised jurisdiction on causes of action arising from dealings entirely distinct from these activities

**FACTS COMMON TO ALL CAUSES OF ACTION**

6.   At all times material hereto, defendant, was the owner,  possessor, lessor, lessee, and/or otherwise legally responsible for the care, control, maintenance, and/or safety of Walt Disney World's Magic Kingdom Theme Park  hereinafter referred to as the "premises" where the incident involving plaintiff occurred located at 1375 Buena Vista Drive, Lake Buena Vista, FL 32830

7.  At all  times material hereto, defendant acted individually, and/or by their duly

appointed agents, servants, workmen and/or employees including but not limited to engineers and architects acting within their scope of employment.

8. On or about August 7, 2024, at approximately 3:00pm, plaintiff, was a business invitee on the aforesaid premises proceeding in the queue to board the Under the Sea ~ Journey of the Little Mermaid ride along with members of her family.

9. Plaintiff suffers from chronic arthritis which has rendered her disabled and was operating an Electric Conveyance Vehicle (ECV) rented from a vendor on Disney property.

10. Plaintiff proceeded through the serpentine queue with curves and turns at a normal pace without interruption or lines.

11. The wall to plaintiff's left was irregularly shaped and had protrusions to comport with the theme of an underground cave.

12. As plaintiff approached the end of the queue to the area where guests line up to board the moving ride, the floor became dramatically sloped near the wall and there was also a crevice on the wall, the space of which narrowed as the floor slope increased.

13. As a result of the aforesaid condition, plaintiff's left foot became wedged in the crevice while the ECV continued moving forward, causing injury to plaintiff's left foot, ankle and leg, suffering a fractured fibula.

## COUNT I -
DEBORAH MONTGOMERY  VS  WALT DISNEY PARKS AND RESORTS, U.S. , INC.

14. Defendant, Walt Disney owed plaintiff the highest standard and/or duties of care to plaintiff as a business invitee, which duties were materially breached by the defendant as a result of its;

a. failure to provide a safe means of ingress and entrances to the Under the Sea ~ Journey of the Little Mermaid rides;

b. Failure to insect or maintain the pathways leading to the embarkment platform of the  Under the Sea ~ Journey of the Little Mermaid ride

c. failure to provide sufficient warning as to the dangerous nature of the premises to such business invitee and other invitee;

d. failure to provide sufficient lighting so that invitees could discovery the dangerous nature of the premises

e. failure to properly test and/or inspect the premises to determine whether the said premises are dangerous to its business invitee and other invitee;

f. Allowing the design and construction of the pathways leading invites to the embarkment platform of the attraction to have a 20% running slope at at the area under the crevice which caused plaintiffs foot to become wedged which is four times greater than the permissible slope of 5%.

g. Allowing the design and construction of the pathways leading invites to the embarkment platform of the attraction to have a 14% cross slope at at the area under the crevice which caused plaintiffs foot to become wedged which is seven times greater than the permissible slope of 2%

h  failure to comply with all building codes, local and county Ordinances and Regulations pertaining to the design, use construction, and maintenance of the premises including but not limited to NFPA 101 Life Safety Code as part of the Florida Fire Prevention Code, and the ADA Standards for Accessible Design as adopted by the Code of Federal Regulations.

15 . As a result of the negligence and carelessness of the defendant, plaintiff, was caused to sustain serious and permanent injuries including a left fibia fracture, including but not limited to ankle, leg, and severe and permanent shock to her central nervous system; has suffered in the past and will continue to suffer in the future great physical pain and suffering therefrom; has sustained disability and physical impairment; remains unable to continue and pursue a normal life full and enriched by pleasures; has incurred medical expenses in the treatment of her injuries and will continue to accrue future medical expenses, and will continue to remain impaired into the foreseeable future; all of which injuries are either continuing or permanent in nature and plaintiff will suffer losses and impairment in the future.

**WHEREFORE**, plaintiff demands judgment in her favor and against defendant, in excess of Fifty Thousand ($ 75,000.00) Dollars.

## COUNT II
MATTHEW  MONTGOMERY VS WALT DISNEY PARKS AND RESORTS, U.S. , INC.

16.   Plaintiff Matthew Montgomery incorporates paragraphs 1 through 15 above as if fully set forth herein at length.

17  As a direct result of the negligence, carelessness, and/or recklessness of the defendant as aforesaid the plaintiff, Matthew Montgomery has been deprived of the aide, comfort, society, and companionship of his wife, plaintiff, Deborah Montgomery, all to his great loss and detriment and asserts a claim of consortium on his own behalf against defendant.

18.  As a further result of the negligence of the defendant and injuries  suffered by his wife, plaintiff Matthew Montgomery has been caused to suffer loss of sleep, loss of

income, was unable to attend professional conferences, transported and accompanied his wife to all medical appointments and suffered loss of life's pleasure ad was caused great inconvenience all to his loss and detriment.

**WHEREFORE**, plaintiff, Matthew Montgomery demands judgment in his favor and against defendant, Walt Disney Parks and Resort, U.S., Inc., in an amount in excess of Seventy Five Thousand ($75,000.00) Dollars.

PHILADELPHIA LAWYERS GROUP, LLC

By: */s/ Alan R. Zibelman, Esquire*
ALAN R. ZIBELMAN, ESQUIRE
Philadelphia Lawyers Group, LLC
Two Penn Center, Suite 1030
Philadelphia, PA 19102
Tel 215-569-06-00; fax 215-569-1197
Alan@PhiladelphiaLawyersGroup.com
Attorney for Plaintiffs